615 A.2d 734

Daniel L. MOYER, Jr., Appellant,

v.

WORKMEN'S COMPENSATION APPEAL BOARD (JACK MANN ROOFING).

Supreme Court of Pennsylvania.

Argued Oct. 21, 1992.

Decided Nov. 16, 1992.

Larry B. Maier, Ephrata, for appellant.

Ernest Preate, Jr., Atty. Gen., Stephen J. Harlen, Philadelphia, for Jack Mann Roofing.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., did not participate in the consideration or decision of this case.